UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ASHLEY DAWN MARIE SCHARDEIN, )
)
       Plaintiff, )
)
v. ) Case No. CIV-24-952-SM
)
CORECIVIC INC. et al., ) TRIAL DOCKET: OCTOBER 2025
)
       Defendants. )

## SCHEDULING ORDER

☒ **JURY TRIAL DEMANDED** – ☐ **NON-JURY TRIAL**

## THE COURT SETS THE FOLLOWING DEADLINES

**1.** Motions to join additional parties to be filed within 15 days of this Order.

**2.** Motions to amend pleadings to be filed within 15 days of this Order.

**3.** Plaintiff(s) to file a final list of expert witness(es) and submit expert reports to Defendant(s) **and** file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by 5/5/2025.**\***

**4.** Defendant(s) to file a final list of expert witness(es) and submit expert reports to Plaintiff(s) **and** file a final list of witnesses (as described above) by 5/20/2025.**\***

**5.** (a) Plaintiff(s) to file a final exhibit list by 5/20/2025.**\*** Defendant(s) to file objections to Plaintiff(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 6/5/2025.

(b) Defendant(s) to file a final exhibit list by 6/5/2025.**\*** Plaintiff(s) to file objections to Defendant(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 6/20/2025.

**\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify, and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

**6.** Discovery to be completed by 7/5/2025.

**7.** All dispositive and *Daubert* motions to be filed by 6/1/2025.

**If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.**

**8.** TRIAL DOCKET: October 2025*

*Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.

**The interval between the deadline for dispositive and *Daubert* motions and the trial docket is relatively inflexible. Any extensions of time related to such motions will likely affect the trial date.**

**9.** Designation of deposition testimony to be used at trial to be filed by 9/1/2025. Objections and counter-designations to be filed by 9/10/2025. Objections to counter-designations to be filed by 9/17/2025. Highlighted copy of deposition transcript(s) to be submitted to the Court by 9/24/2025.*

**\* The Parties shall jointly submit to the Court a copy of any deposition to which there are objections to the designations and/or counter-designations and shall highlight the objected to testimony.**

**10.** Motions in limine to be filed by 9/1/2025.*

**\*Unless the Court grants leave to file separate motions in limine, all motions in limine shall be consolidated into a single filing, which shall be subject to the page limitation in LCvR7.1(d).**

**11.** Requested voir dire to be filed by 9/1/2025.

**12.** Trial briefs (optional unless otherwise ordered) to be filed by 9/1/2025.

**13.** Requested jury instructions to be filed by 9/1/2025.*

**14.** NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed by N/A.*

**\*In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: mitchell-orders@okwd.uscourts.gov**

**15.** Responses to motions in limine shall be filed within **14 days**. Any objection or response to the trial submissions referenced in ¶ 11, 12, 13, or 14 shall be filed within **7 days**.

**16.** The Final Pretrial Report, approved by all counsel and in full compliance with Local Rules (*see* Appendix IV), together with a proposed order approving the report, to be filed by 9/1/2025.

**17.** The Court expects parties in civil cases to engage in private mediation or a judicial settlement conference, or to seek the Court's leave to be expressly excused from that requirement.

**18.** ☒ The parties consent to trial by Magistrate Judge.

**19.** Initial disclosures pursuant to Fed. R. Civ. P. 26 ☐ have been made, ☐ are excused, or ☒ shall be made by January 6, 2025.

**20.** Other:_____.

Dated this 23rd day of December, 2024.

                              BY ORDER OF THE COURT
                              JOAN KANE, CLERK OF THE COURT

                              By:   /s/ Lesa Boles
                                      Deputy Clerk